UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DAVID RIVERS,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant. | Case No. 20-cv-09485-WHO<br><br>**ORDER FOR THE DEFENDANT TO SHOW CAUSE** |

On December 29, 2020, plaintiff Ronald David Rivers filed a Complaint seeking review of a March 21, 2019 decision of Administrative Law Judge Cheryl Tompkin, denying his application for supplemental security income. Dkt. No. 1. Tompkin's decision was made on remand from an order of this Court (by former Magistrate Judge James) that remanded a February 2015 determination of Administrative Law Judge Michael Blume that Rivers was not entitled to benefits.

The Administrative Record was filed on May 27, 2021. Plaintiff Rivers, acting *pro se*, filed his motion for summary judgment on June 21, 2019, discussing the decisions of both ALJ Tompkin and ALJ Blume. Dkt. No. 14. The government filed its response and cross-motion on July 14, 2021. Dkt. No. 15. The government's response, however, does not address, cite, or discuss the March 2019 decision of ALJ Tompkin, and instead discusses only the remanded decision of ALJ Blume. *Id*.

The government is **ORDERED TO SHOW CAUSE** and file a response explaining why it did not address the correct ALJ decision as well as a supplemental cross-motion addressing ALJ Tompkin's decision on or before **November 1, 2021**. No extensions of time, absent extraordinary good cause, will be granted. Plaintiff Rivers may, but is not required to, file a reply to that supplemental cross-motion on or before **November 22, 2021**.

**IT IS SO ORDERED.**

Dated: October 4, 2021

William H. Orrick
United States District Judge